UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RON VILLALTA                                                JURY TRIAL DEMANDED

v.                                                                    CASE NO. 3:09CV

RENEE MAYERSON CANNELLA

## COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq.*

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4. Defendant regularly collects or attempts to collect debts owed or asserted to be owed to another.

5. Defendant is a debt collector within the meaning of the FDCPA.

6. In 2008, defendant engaged in efforts to collect plaintiff's alleged personal HSBC credit card account on behalf of "Midland Funding, LLC."

7. At the small claims trial date, defendant was unprepared with evidence or a witness, necessitating her to request a continuance.

8. Despite her inability to prove that plaintiff owed anything, Defendant then sent a letter to plaintiff accusing him of not paying a debt he owed, and did not provide the notice required by 15 U.S.C. § 1692e(11) or 1692g.

9. In the collection efforts, defendant violated the FDCPA, *inter alia*, §1692d, -e, -f, or -g.

WHEREFORE plaintiff respectfully requests this Court to:

   1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages.

   2. Award the plaintiff costs of suit and a reasonable attorney's fee;

   3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

                                  THE PLAINTIFF

                                  BY__/s/ Joanne S. Faulkner___
                                  JOANNE S. FAULKNER ct04137
                                  123 AVON STREET
                                  NEW HAVEN, CT 06511-2422
                                  (203) 772-0395
                                  faulknerlawoffice@snet.net